UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:16-CR-00116-D-25

UNITED STATES OF AMERICA

v.                                                    ORDER

RUSSELL CONDELL BELL, JR

THIS CAUSE came on to be heard and was heard upon the Defendant's Motion

to Seal the Sentencing Memorandum, which is docket entry number 1082. The Court is

of the opinion that this motion and its corresponding Order should be filed under seal in

the interest of justice.

IT IS, THEREFORE ORDERED that the requested documents to be sealed and

be filed under seal.

This the ___14___ day of June, 2018.


_____
THE HONORABLE JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT COURT JUDGE